# RETURN OF SERVICE

Court: **UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN**

Case No.: **2:22-CV-11030-DML-KGA**

Plaintiff: Insurance Company of Greater New York, as subrogee of Chelsea Crossing of Southfield Condominium Association
vs.
Defendant: **Deanna Johnson, a Michigan resident**

I, _Tristan Seaver_, being duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and that within the boundaries of the state were service was effected, I am authorized by law to perform said service.

Type of Process: Summons in a Civil Action and Complaint at Law

Defendant to be served: **Deanna Johnson**

Address where attempted or served: **14236 Dale Street, Detroit, MI 48223**

On _8/13/22_ at _6:40 pm_ ( ) Served (✓) Non-served the within named defendant in the following manner:

☐ **INDIVIDUAL SERVICE**: By delivering a copy of this process to the within named Defendant personally.

☐ **CORPORATE SERVICE**: By leaving a copy of this process with _____
(Title)_____, a person authorized to accept service and informed the person of the contents thereof.

☐ **SUBSTITUTE SERVICE**: By leaving a copy of this process at his/her usual place of abode with _____ (Relationship)_____, a person residing therein who is the age of _____ years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____, 2022.

☑ **NON SERVICE**: I have been unable to effect service because of the following reason(s):

_Multiple attempts - No Answer._

Description of person process was left with:

Sex:_____ Race:_____ Hair:_____ Approx. Age:_____ Height:_____ Weight:_____
Comments: _"See attached"_

Under penalties as provided by law pursuant to the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct.

FURTHER AFFIANT SAYETH NOT.

State of _Michigan_
County of _Oakland_

X _Tristan Seaver_
_Tristan Seaver_
(Print Name)

Subscribed and Sworn to before me on this _22_ day of _Aug_, 20_22_

Signature of Notary Public

BONNIE R. PHILLIPPI
NOTARY PUBLIC - MICHIGAN
OAKLAND COUNTY
ACTING IN THE COUNTY OF _Oakland_
MY COMMISSION EXPIRES SEPT. 16, 2027

Job: 593195
File: 133480

1 of 2.

## Attachment

Deena Johnson

7-22-2:15PM-No Answer
7-26-22@6:25PM-No answer
7-30-22@9:05am-No answer left a notice re delivery
8-3-22@1:55PM No answer, notice gone
latest: attempt:
8-9-22@10:10am
8-13-22@6:40PM-no answer, notice gone.
No contact with any occupants or neighbors, no vehicle were present in drive way on all attempts.