UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INSURANCE COMPANY OF GREATER
NEW YORK, as subrogee of Chelsea Crossing
of Southfield Condominium Association,

                Plaintiff,                Case Number 22-11030
v.                                                    Honorable David M. Lawson

DEANNA JOHNSON,

                Defendant.
_____/

## ORDER GRANTING MOTION TO ALLOW SUBSTITUTED SERVICE

On September 9, 2022, the plaintiff filed a motion for an order allowing substituted service by posting and mailing on defendant Deanna Johnson, reciting several failed attempts at service. The Court finds that it is likely that service cannot reasonably be made in a manner set forth under Michigan law. The Court also finds that the substitute means are reasonably likely to give the defendant actual notice of the proceedings and an opportunity to be heard, if enhanced by some additional means. *See* Fed. R. Civ. P. 4(e)(1); Mich. Ct. R. 2.105(I)(1). The Court therefore will order that the plaintiff employ certain other means in addition to those proposed. The Court also finds that good cause has been shown for an extension of the time to serve the summons and complaint, so that substituted service may be accomplished. *See* Fed. R. Civ. P. 4(m).

Accordingly, it is **ORDERED** that the plaintiff's motion for an order permitting alternate service (ECF No. 7) is **GRANTED IN PART**.

It is further **ORDERED** that the plaintiff may serve defendant Deanna Johnson in the manner set forth below. Service shall be complete by:

    (A)    mailing a copy of the summons and complaint by first class mail to Deanna Johnson at the following address: 14236 Dale Street, Detroit, MI 48612;

(B)  mailing a copy of the summons and complaint by certified mail (return receipt requested) to Deanna Johnson at the following address: 14236 Dale Street, Detroit, MI 48612;

(C)  firmly affixing a copy of the summons and complaint to the front door of the address noted above; and

(D)  if possible, sending electronic communications to the defendant notifying her of the service of the summons and complaint by the above means in this action pending in the Eastern District of Michigan under docket number 22-11030, via any text messaging or electronic mail address which the plaintiff may be informed that the defendant uses.

The plaintiff shall file a certificate confirming service as provided herein.

It is further **ORDERED** that service of the summons and complaint must be completed **on or before November 14, 2022**.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Dated:   September 15, 2022