## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| INSURANCE COMPANY OF GREATER NEW YORK, as subrogee of Chelsea Crossing of Southfield Condominium Association,<br><br>Plaintiff,<br><br>v.<br><br>DEANNA JOHNSON, a Michigan resident,<br><br>Defendant. | Case No. 22-cv-11030 |

### NOTICE OF FILING

TAKE NOTICE that on this 31st day of October, 2022, we caused to be filed with the Clerk of Court, Proof of Service of Summons and Complaint, by Certified Mail (*certified receipt number 7020 2450 0000 4613 0783*), a copy of the United States Post Office tracking report is attached hereto; by Regular Mail; by Special Process Server (see attached Affidavit); and by electronic mail upon Defendant, Deanna Johnson, in accordance with this Court's Order [8] of September 15, 2022,

Dated this 31st day of October, 2022.          Respectfully Submitted,

/s/ Brian E. Devilling
Brian E. Devilling (Bar No. 6277371)
Foran Glennon Palandech Ponzi & Rudloff PC
222 North LaSalle Street, Suite 1400
Chicago, IL 60606
Phone: (312) 863-5000
Fax:    (312) 863-5099
e-mail: bdevilling@fgppr.com

Attorneys for Plaintiff INSURANCE COMPANY OF GREATER NEW YORK, as subrogee of Chelsea Crossing of Southfield Condominium Association



**FG FORAN GLENNON**
222 North LaSalle Street
Suite 1400
Chicago, IL 60601

**CERTIFIED MAIL**

7020 2450 0000 4613 0783

Deanna Johnson
14236 Dale Street
Detroit, Michigan 48612

CERTIFIED MAIL
RETURN RECEIPT REQUESTED



**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Deanna Johnson
14236 Dale Street
Detroit, Michigan 48612

9590 9402 5716 9346 1457 62

2. Article Number (Transfer from service label)
7020 2450 0000 4613 0783

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70202450000046130783

Copy   Add to Informed Delivery (https://informeddelivery.usps.com/)

Feedback

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 2:42 pm on October 1, 2022 in DETROIT, MI 48223.

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

DETROIT, MI 48223
October 1, 2022, 2:42 pm



UNITED STATES POSTAGE
PITNEY BOWES
$ 000.81⁰
02 1P
0000939596 SEP 28 2022
MAILED FROM ZIP CODE 60601

Deanna Johnson
14236 Dale Street
Detroit, Michigan 48612



FG FORAN GLENNON
222 North LaSalle Street
Suite 1400
Chicago, IL 60601

## RETURN OF SERVICE

Court: **UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN**

Case No.: **2:22-CV-11030-DML-KGA**

Plaintiff: **Insurance Company of Greater New York, as subrogee of Chelsea Crossing of Southfield Condominium Association**
vs.
Defendant: **Deanna Johnson, a Michigan resident**

I, _Tristan Seaver_, being duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and that within the boundaries of the state were service was effected, I am authorized by law to perform said service.

Type of Process: **Summons in a Civil Action and Complaint at Law**

Defendant to be served: **Deanna Johnson**

Address where attempted or served: **14236 Dale Street, Detroit, MI 48223**

On _10/18/22_ at _2:55_ pm, I (✓) Served ( ) Non-served the within named defendant in the following manner:

☐ INDIVIDUAL SERVICE: By delivering a copy of this process to the within named Defendant personally.

☐ CORPORATE SERVICE: By leaving a copy of this process with _____
(Title)_____, a person authorized to accept service and informed the person of the contents thereof.

☐ SUBSTITUTE SERVICE: By leaving a copy of this process at his/her usual place of abode with _____ (Relationship)_____, a person residing therein who is the age of _____ years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____, 2022.

☐ NON SERVICE: I have been unable to effect service because of the following reason(s):

☑ Posted - 10-11-22 @ 6:15pm; 10/8/22 @ 8:50am; 10/5/22 @ 1:15 pm; 10/4/22 @ 11:--

Description of person process was left with:

Sex:_____ Race:_____ Hair:_____ Approx. Age:_____ Height:_____ Weight:_____
Comments: No Answer on all attempts; No Cars on Street Matching; Mail in box visible Not able to read. Pic sent.

Under penalties as provided by law pursuant to the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct.

FURTHER AFFIANT SAYETH NOT.

State of _Michigan_
County of _Oakland_

x _Tristan Seaver_
_Tristan Seaver_
(Print Name)

Subscribed and Sworn to before me on this
_19th_ day of _Oct_, 20_22_

Signature of Notary Public _JENNIE R. PHILLIPPI_
Job: 600828
File: 133480

JENNIE R. PHILLIPPI
NOTARY PUBLIC - MICHIGAN
OAKLAND COUNTY
ACTING IN THE COUNTY OF: _Oakland_
COMMISSION EXPIRES SEPT. 16, 2027

14236 Dale Street
Detroit, Michigan 48223
Case #: 2:22-CV-11030-DML-KGA | Deanna Johnson, et al.



## Ferreti, George M.

| | |
|---|---|
| From: | Ferreti, George M. |
| Sent: | Wednesday, October 26, 2022 4:54 PM |
| To: | djok123@hotmail.com; singsomthin@gmail.com |
| Cc: | Burden, Maria E.; Devilling, Brian |
| Subject: | Greater New York Mutual Insurance Co. v. Deanna Johnson |
| Attachments: | 09 - Summons Issued(2194038.1).pdf; 01 - Complaint(2042429.1).pdf |

| Tracking: | Recipient | Delivery | Read |
|---|---|---|---|
| | djok123@hotmail.com | | |
| | singsomthin@gmail.com | | |
| | Burden, Maria E. | Delivered: 10/26/2022 4:54 PM | Read: 10/26/2022 4:56 PM |
| | Devilling, Brian | Delivered: 10/26/2022 4:54 PM | |

Ms. Johnson,

Attached is a copy of a summons and Complaint in a case filed against you in the Eastern District of Michigan. This summons and Complaint have also been mailed to your home address via U.S. Mail and via Certified Mail. We also had a process server affix the summons and Complaint to your door at your residence.

Please feel free to contact me with any questions you may have.

Thanks and regards,

George M. Ferreti



**FORAN GLENNON**
222 N. LaSalle Street, Suite 1400
Chicago, Illinois 60601
**Office:** 312.863.5015
**Mobile:** 815.953.2441
**Email:** gferreti@fgppr.com

Chicago | Irvine | San Francisco | New York
London | Denver | Las Vegas | Phoenix | Nashville

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.