UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Insurance Company of Greater New York, as
Subrogee of Chelsea Crossing of Southfield Condo

        Plaintiff(s),                   Case No. 22-11030

v.                                     Honorable David M. Lawson

Deanna Johnson,

        Defendant(s).
_____/

**ORDER TO SHOW CAUSE**

        IT IS ORDERED that _____Plaintiff_____ SHOW CAUSE, in writing, by _____12/6/2022_____, why the above-entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich. LR 41.2. Failure to respond may result in dismissal of the case.

Date: November 29, 2022                       s/David M. Lawson
                                                          David M. Lawson
                                                           U.S. District Judge

**Certificate of Service**

        I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                            s/ Susan Pinkowski
                                                            Deputy Clerk