UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Insurance Company of Greater New York, a/s/o
Chelsea Crossing of Soutfhfield Condominium

        Plaintiff(s),                Case No. 22-CV-11030

v.                                      David M. Lawson

Deanna Johnson                          Kimberly G. Altman

        Defendant(s).
_____/

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against Deanna Johnson for failure to plead or otherwise defend.

## AFFIDAVIT

In support of my request for Clerk's Entry of Default, I state that:

1. The summons and complaint were served on Deanna Johnson on October 1, 2022 at 14236 Dale Street, Detroit, MI 48612 by certified mail.

2. The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3. The defendant is not an infant, incompetent person or a member of the military service.

4. This statement is true and is signed under the penalty of perjury.

December 1, 2022                  Brian Devilling (Bar No. 6277371)

                                       Foran Glennon Palandech Ponzi & Rudloff PC 222
                                       222 North LaSalle St., Suite 1400
                                       Chicago, IL 60606
                                       (312) 863-5000
                                       (312) 863-5099
                                       bdevilling@fgppr.com