UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Insurance Company of Greater
New York, as Subrogee of
Chelsea Crossing of Southfield
Condominium Association,

                Plaintiff(s),

v.                                        Case No. 2:22−cv−11030−DML−KGA
                                        Hon. David M. Lawson

Deanna Johnson,

                Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  Deanna Johnson

    The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                              KINIKIA D. ESSIX, CLERK OF COURT

                                              By: s/ L. Granger
                                                    Deputy Clerk

Dated:   December 5, 2022