UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INSURANCE COMPANY OF GREATER
NEW YORK, as subrogee of Chelsea Crossing
of Southfield Condominium Association,

                Plaintiff,                Case Number 22-11030
v.                                            Honorable David M. Lawson

DEANNA JOHNSON,

                Defendant.
_____/

**ORDER DISMISSING ORDER TO SHOW CAUSE**

      The plaintiff filed its complaint in this case on May 13, 2022. The record indicates that service of the summons and complaint was accomplished on October 31, 2022, after the Court granted the plaintiff's motion for leave to attempt substituted service. On November 29, 2022, the Court ordered the plaintiff to show cause why the case should not be dismissed for lack of progress, after the record disclosed no further activity to advance the litigation. The plaintiff filed a response indicating that it had been in contact with counsel for the defendant who indicated that an appearance would be forthcoming. However, no further communication has been received from the defendant, and she has not appeared in the case to date. On December 2, 2022, the plaintiff requested that the Clerk enter the defendant's default, and the default was entered by the Court on December 5, 2022. The plaintiff's response indicates that it intends to move promptly for the entry of judgment by default. The Court is satisfied that adequate efforts to advance the litigation are being made and therefore will dismiss the order to show cause. The Court anticipates that the plaintiff will proceed in due course to move for the entry of judgment.

- 2 -

Accordingly, it is **ORDERED** That the order to show cause issued on November 29, 2022 is **DISMISSED**.

                                                  s/David M. Lawson
                                                  DAVID M. LAWSON
                                                  United States District Judge

Dated: December 15, 2022