UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Insurance Company of Greater
New York, as Subrogee of
Chelsea Crossing of Southfield
Condominium Association,

                    Plaintiff(s),

v.                                        Case No. 2:22−cv−11030−DML−KGA
                                         Hon. David M. Lawson

Deanna Johnson,

                    Defendant(s).

## NOTICE OF DENIAL OF REQUEST
## FOR CLERK'S ENTRY OF DEFAULT JUDGMENT

    A Clerk's Entry of Default Judgment as to Deanna Johnson has been requested pursuant to Fed. R. Civ. P. 55(b)(1).  The Clerk's Entry of Default Judgment will not be entered for the following reason(s):

- Amount requested in default judgment cannot be verified by the Clerk with supporting documentation.

### Certificate of Service

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                          KINIKIA D. ESSIX, CLERK OF COURT

                                          By: s/ N Ahmed
                                                Deputy Clerk

Dated:   January 5, 2023