UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Insurance Company of Greater New York, as
Subrogee of Chelsea Crossing of Southfield Condo

        Plaintiff(s),                           Case No. 22-11030

v.                                                 Honorable David M. Lawson

Deanna Johnson

        Defendant(s).
_____/

**CLERK'S ENTRY OF JUDGMENT BY DEFAULT**

    The Clerk's entry of default having been entered against Defendant Deanna Johnson, and an affidavit having been filed;

    THEREFORE, upon the request of the Plaintiff, and pursuant to Rule 55 (b)(1) of the Federal Rules of Civil Procedure, JUDGMENT BY DEFAULT is hereby entered in favor of the Plaintiff and against the Defendant Deanna Johnson, in the amount of $ 387,754.77 .

                                            KINIKIA D. ESSIX, CLERK OF COURT
                                            United States District Court


                                            By: s/N. Ahmed
                                                Deputy Clerk

Dated: January 5, 2023